VIOLA HUGHES, Appellant, v. STATE OF NEW YORK, Respondent. (Claim No. 36096.)

Settle order. Bergan, P. J., Gibson, Herlihy and Taylor, JJ., concur.